UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10356-WBV-JVM** |
| **HOWARD L. NATIONS, APC, ET AL.** | **SECTION: "D" (1)** |

### ORDER

Considering the Ex Parte/Consent Motion for Extension of Time Within which to Respond (R. Doc. 17);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Pursuant to LR 7.8, defendant Howard L. Nations, APC shall have an additional 21 days from the date of this Order, or until August 14, 2019, to respond to the Complaint (R. Doc. 1).

New Orleans, Louisiana, July 23, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**