UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10356-WBV-JVM** |
| **HOWARD L. NATIONS, APC, ET AL.** | **SECTION: "D" (1)** |

## ORDER

Considering the Ex Parte/Consent Motion for Extension of Time Within Which to Respond (R. Doc. 33);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Pursuant to LR 7.8, defendant The Nicks Law Firm shall have an additional 21 days, or until August 20, 2019, to respond to the Complaint (R. Doc. 1).

New Orleans, Louisiana, July 31, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**