UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH A. GAUDET, *Individually and on Behalf of a Class of All Other Similarly Situated Persons* | CIVIL ACTION |
| VERSUS | NO. 19-10356 |
| HOWARD L. NATIONS, APC, ET AL | SECTION "D"(1) |

## O R D E R

A review of the record indicates that service of the complaint has been made upon the defendants, Rueb & Motta, APLC, Joseph A. Motta, Attorney at Law, APLC and Rueb Law Firm, APLC, and the time to file responsive pleadings has expired. Accordingly;

IT IS ORDERED that on or before September 30, 2019, plaintiff shall obtain responsive pleadings or preliminary defaults on the served defendants. Failure to do so shall result in the DISMISSAL of any such defendants, for failure to prosecute, without any further notice.

New Orleans, Louisiana, this  30th  day of August, 2019.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE