UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**DEBORAH A. GAUDET, ET AL.**                **CIVIL ACTION**

**VERSUS**                                    **NO. 19-10356-WBV-JVM**

**HOWARD L. NATIONS, APC, ET AL.**            **SECTION: D (1)**

### ORDER

Considering Rueb & Motta APLC's and the Rueb Law Firm, APLC's Motion to Join in The Nicks Law Firm, LLC's Motion to Dismiss And/Or to Strike Class Allegations of First Amended Complaint (R. Doc. 59);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and defendants, Rueb & Motta APLC and The Rueb Law Firm, APLC, have joined in The Nicks Law Firm, LLC's Motion to Dismiss And/Or to Strike Class Allegations of First Amended Complaint (R. Doc. 57).

New Orleans, Louisiana, September 24, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**