# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.** | CIVIL ACTION |
| Individually and on Behalf of a Class of All Other Similarly Situated Persons | NO. 19-cv-10356 |
| | JUDGE WENDY B. VITTER |
| **VERSUS** | MAGISTRATE JANIS VAN MEERVELD |
| **HOWARD L. NATIONS, APC, ET AL.** | DEMAND FOR JURY TRIAL |

## SECOND AMENDED CLASS ACTION COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **DEBORAH A. GAUDET**, **TIMOTHY BUTLER, DIAN B. CAMPBELL, KRISTINE COLLINS, REGINA FALGOUST, ABRAHAM GAMBERELLA, ADAM J. HEBERT, FRED LEDET, STANWOOD MOORE, JR., and JAMES SCALES, III,** individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), who desire to amend the First Amended Class Action Complaint [Doc. 45] filed on September 4, 2019, by amending Paragraph 3 of that Complaint in order to add additional Defendants. Plaintiffs otherwise fully incorporate and allege all allegations made in the First Amended Class Action Complaint as written therein.

Plaintiffs seek to amend Paragraph 3 to read as follows:

3.

*Defendants:*

a)      Howard L. Nations, APC, a Texas corporation doing business in the State of Louisiana and within this district;

b)      The Nicks Law Firm, LLC, a Mississippi limited liability company doing business in the State of Louisiana and within this district;

c)      Rueb & Motta, APLC, a California corporation doing business in the State of Louisiana and within this district;

d)      Joseph A. Motta, Attorney at Law, APLC, a California corporation doing business in the State of Louisiana and within this district;

e)      The Rueb Law Firm, APLC, a California corporation doing business in the State of Louisiana and within this district;

f)      Howard L. Nations, a person of the full age of majority, a resident of and domiciled in the State of Texas, who personally rendered professional services as an employee of Howard L. Nations, APC and/or personally participated in directly supervising other employees and members of his corporation or professional limited liability company who rendered professional services on behalf of Howard L. Nations, APC to the BP Subsistence Claimants in connection with the wrongful acts and/or omissions alleged and detailed herein;

g)      Cindy L. Nations, a person of the full age of majority, a resident of and domiciled in the State of Texas, who personally rendered professional services as an employee of Howard L. Nations, APC and/or personally participated in directly supervising other employees and members of her corporation or professional limited liability company who rendered professional services on behalf of Howard L. Nations, APC to the BP Subsistence Claimants in connection with the wrongful acts and/or omissions alleged and detailed herein;

h)      Shantrell Nicks, a person of the full age of majority, a resident of and domiciled in the State of Mississippi, who personally rendered professional services as an employee of The Nicks Law Firm, LLC and/or personally participated in directly supervising other employees and members of her professional limited liability company who rendered professional services on behalf of The Nicks Law Firm, LLC to the BP Subsistence Claimants in connection with the wrongful acts and/or omissions alleged and detailed herein;

i)      Gregory D. Rueb, a person of the full age of majority, a resident of and domiciled in the State of California, who personally rendered professional services as an employee of Rueb & Motta, APLC and The Rueb Law Firm, APLC and/or personally participated in directly supervising other employees and members of his corporations and/or professional limited liability companies who rendered professional services on behalf of Rueb & Motta, APLC and/or The Rueb Law Firm, APLC to the BP Subsistence Claimants in connection with the wrongful

acts and/or omissions alleged and detailed herein; and,

j)    Joseph A. Motta, a person of the full age of majority, a resident of and domiciled in the State of California, who personally rendered professional services as an employee of Rueb & Motta, APLC and Joseph A. Motta, Attorney at Law, APLC and/or personally participated in directly supervising other employees and members of his corporations and/or professional limited liability companies who rendered professional services on behalf of Rueb & Motta, APLC and/or Joseph A. Motta, Attorney at Law, APLC to the BP Subsistence Claimants in connection with the wrongful acts and/or omissions alleged and detailed herein.

(hereinafter "Defendants," all of whom either a) personally participated in the solicitation, engagement, and performance or non-performance of legal services for BP Subsistence Claimants, and/or b) personally and directly supervised and controlled other members or employees of their corporations or professional limited liability companies who rendered or failed to render professional services for and on to the BP Subsistence Claimants on behalf of their respective corporations and/or professional limited liability companies).

**Dated**: October 31, 2019

RESPECTFULLY SUBMITTED:


/s/ Jerald P. Block
**BLOCK LAW FIRM, APLC**
JERALD P. BLOCK, Bar Roll No. 3151
RICHARD C. BREAUX, Bar Roll No. 33740
KENDALL J. KRIELOW, Bar Roll No. 34625
SARAH M. LAMBERT, Bar Roll No. 38312
MATTHEW P. HYMEL, Bar Roll No. 38283
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

Counsel for Plaintiffs and Plaintiff Class Members

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2019 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Jerald P. Block
JERALD P. BLOCK
