# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH A. GAUDET AND RAY GAUDET, individually and on behalf of a Class of All Other Similarly Situated Persons<br><br>v.<br><br>HOWARD L. NATIONS, APC; THE NICKS LAW FIRM, LLC; RUEB & MOTTA, APLC, JOSEPH A. MOTTA, ATTORNEY AT LAW, APLC; and THE RUEB LAW FIRM, APLC | CIVIL ACTION<br><br>NO. 19-cv-10356<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JANIS VAN MEERVELD |

## MOTION FOR LEAVE OF COURT TO FILE PLEADING IN EXCESS OF PAGE LIMIT

**NOW INTO COURT,** through undersigned counsel, come Howard L. Nations, APC, The Nicks Law Firm, LLC, Rueb & Motta, APLC, Joseph A. Motta, The Rueb Law Firm, APLC, Howard L. Nations, Cindy L. Nations, Shantrell Nicks, Gregory D. Rueb, and Joseph A. Motta, Attorney at Law, APLC ("Defendants"), who respectfully move this Honorable Court for leave to file a memorandum in excess of the page limit in further support of Defendants' Motion to Exclude Evidence and Testimony from Plaintiffs' Legal Expert Benjamin A. Cooper and to Strike His Expert Report (R. Doc. 264).

Local Rule 7.7 limits a memorandum in support to no more than 25 pages. Defendants request leave to file a memorandum in support in excess of the page limit in order to address the legal conclusions of Plaintiffs' proposed legal expert Benjamin A. Cooper contained in Plaintiffs' Memorandum in Support of Motion for Class Certification (Doc. 242-2, Exhibit "P"). Defendants' memorandum totals twenty-eight (28) pages.

**WHEREFORE**, Defendants request that their Motion for Leave of Court to File Pleading in Excess of Page Limit be GRANTED and that Defendants' be permitted to file a twenty-eight (28) page memorandum in further support of their Motion to Exclude and Testimony from Plaintiffs' Legal Expert Benjamin A. Cooper and to Strike His Expert Report.

Respectfully submitted,

*/s/ Judy L. Burnthorn*
JUDY L. BURNTHORN (TA)(#17496)
jburnthorn@deutschkerrigan.com
JOANNE P. RINARDO, (#24201)
jrinardo@deutschkerrigan.com
ZACHARY S. WESSLER (#38438)
zwessler@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504 593 0688
Facsimile:  504 566 4088
**Attorneys for defendants, Howard L. Nations, APC, Howard L. Nations, Cindy L. Nations, Gregory D. Rueb, The Rueb Law Firm, APLC, and Rueb & Motta, APLC**

*/s/ Patrick S. McGoey*
_____
Kyle Schonekas (#11817)
Patrick S. McGoey (#24549)
Andrea V. Timpa (#29455)
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C.
909 Poydras Street, Ste. 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
kyle@semmlaw.com
patrick@semmlaw.com
andrea@semmlaw.com
**Attorneys for The Nicks Law Firm, LLC and Shantrell Nicks**

/s/ Brian Capitelli
_____
Brian Capitelli (#27398)
Ralph Capitelli (#03858)
Justine Geiger Daniel (#36856)
CAPITELLI & WICKER
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
rc@capitelliandwicker.com
brian@capitelliandwicker.com
jsg@capitelliandwicker.com
**Attorneys for Joseph A. Motta**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020 a copy of the foregoing pleading has been electronically filed via the Court's CM/ECF system, which will send a copy of the foregoing to all counsel of record by notice of electronic filing.

/s/ Judy L. Burnthorn
**JUDY L. BURNTHORN**