# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH A. GAUDET AND RAY GAUDET, individually and on behalf of a Class of All Other Similarly Situated Persons<br><br>v.<br><br>HOWARD L. NATIONS, APC; THE NICKS LAW FIRM, LLC; RUEB & MOTTA, APLC, JOSEPH A. MOTTA, ATTORNEY AT LAW, APLC; and THE RUEB LAW FIRM, APLC | CIVIL ACTION<br><br>NO. 19-cv-10356<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JANIS VAN MEERVELD |

## MOTION TO EXCLUDE EVIDENCE AND TESTIMONY FROM PLAINTIFFS' LEGAL EXPERT BENJAMIN A. COOPER AND TO STRIKE HIS EXPERT REPORT

**NOW INTO COURT,** through undersigned counsel, come Howard, L. Nations, APC, The Nicks Law Firm, LLC, Rueb & Motta, APLC, Joseph A. Motta, The Rueb Law Firm, APLC, Howard L. Nations, Cindy L. Nations, Shantrell Nicks, Gregory D. Rueb, and Joseph A. Motta, Attorney at Law, APLC ("Defendants"), and move the Court to exclude evidence and strike the expert report of Benjamin A. Cooper on the grounds explained in the accompanying Memorandum of law including but not limited to the ground that Cooper's proposed testimony and his expert report are inadmissible as evidence of legal and ultimate issues which issues are reserved for the judge and fact finder.

Respectfully submitted,

/s/ Judy L. Burnthorn
_____
JUDY L. BURNTHORN (TA)(#17496)
jburnthorn@deutschkerrigan.com
JOANNE P. RINARDO, (#24201)
jrinardo@deutschkerrigan.com
ZACHARY S. WESSLER (#38438)
zwessler@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504 593 0688
Facsimile:  504 566 4088
**Attorneys for defendants, Howard L. Nations, APC, Howard L. Nations, Cindy L. Nations, The Rueb Law Firm, APLC, and Rueb & Motta, APLC**

/s/ Patrick S. McGoey
_____
Kyle Schonekas (#11817)
Patrick S. McGoey (#24549)
Andrea V. Timpa (#29455)
SCHONEKAS, EVANS, MCGOEY & MCEACHIN, L.L.C.
909 Poydras Street, Ste. 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
kyle@semmlaw.com
patrick@semmlaw.com
andrea@semmlaw.com
**Attorneys for The Nicks Law Firm, LLC and Shantrell Nicks**

/s/ Brian Capitelli
_____
Brian Capitelli (#27398)
Ralph Capitelli  (#03858)
Justine Geiger Daniel (#36856)
CAPITELLI & WICKER
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
rc@capitelliandwicker.com
brian@capitelliandwicker.com
jsg@capitelliandwicker.com
**Attorneys for Joseph A. Motta**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020 a copy of the foregoing pleading has been electronically filed via the Court's CM/ECF system, which will send a copy of the foregoing to all counsel of record by notice of electronic filing.

/s/ Judy L. Burnthorn
**JUDY L. BURNTHORN**