UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.**<br>Individually and on Behalf of a Class of All Other Similarly Situated Persons<br><br>VERSUS<br><br><br>**HOWARD L. NATIONS, APC, ET AL.** | CIVIL ACTION<br><br>NO. 19-cv-10356<br><br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JANIS VAN MEERVELD |

### PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTIONS [DOCS. 334, 336, 337, 338 and 339]

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **DEBORAH A. GAUDET**, **TIMOTHY BUTLER, DIAN B. CAMPBELL, KRISTINE COLLINS, REGINA FALGOUST, ABRAHAM GAMBERELLA, ADAM J. HEBERT, FRED LEDET, STANWOOD MOORE, JR.,** and **JAMES SCALES, III,** individually and on behalf of all others similarly situated, (hereafter referred to as "Plaintiffs"), who respectfully move the Court to grant Plaintiffs' Motion to Strike Defendants' untimely filings of Documents 334, 336, 337, 338 and 339. Pursuant to the Court's May 14, 2021 Order [R. Doc. 322], the deadline for all parties to file "All non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony," was amended to May 31, 2021. Defendants filed their motions on June 1, 2021 [Docs. 334, 336, 337, and 338] and a Motion for Summary Judgment As To All Claims by Plaintiffs [Doc. 339] on June 2, 2021.

1

As explained more fully in the accompanying Memorandum, all of these filings by Defendants should be *rejected* by the Court as they all fail to comply with the Court's May 31 deadline.

**WHEREFORE**, Plaintiffs respectfully request this Court grant their Motion to Strike Defendants' Motions [Docs. 334, 336, 337, 338, and 339].

RESPECTFULLY SUBMITTED:

/s/ Jerald P. Block
**BLOCK LAW FIRM, APLC**
JERALD P. BLOCK, Bar Roll No. 3151
RICHARD C. BREAUX, Bar Roll No. 33740
KENDALL J. KRIELOW, Bar Roll No. 34625
SARAH M. LAMBERT, Bar Roll No. 38312
MATTHEW P. HYMEL, Bar Roll No. 38283
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

Counsel for Plaintiffs and Plaintiff Class Members

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Jerald P. Block
JERALD P. BLOCK