UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.**<br>Individually and on Behalf of a Class of All Other Similarly Situated Persons<br><br>VERSUS<br><br><br>**HOWARD L. NATIONS, APC, ET AL.** | CIVIL ACTION<br><br>NO. 19-cv-10356<br><br>JUDGE WENDY B. VITTER<br><br>MAGISTRATE JANIS VAN MEERVELD |

___

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTIONS [DOCS. 334, 336, 337, 338 and 339]**
___

Defendants (Nations and Rueb) filed a Memorandum on May 13, 2021 opposing Plaintiffs' Motion to Extend May 17 Deadlines. Prior to the filing of Defendants' Memorandum, Plaintiffs' counsel requested an extension until May 31, 2021 to submit motions. In Defendants' Memorandum, Defendants wrote: "Defendants submit that for the good of all the parties, the May 17 deadline should remain unchanged." Defendants further wrote: "It is noted that the extension requested by the Plaintiffs is unreasonably long and such an extension would further threaten to destroy the pre-trial schedule currently established for the July trial."

Subsequent to the filing of Defendants' Memorandum, the Court held a telephone status conference during which the Court granted Plaintiffs' Motion and ordered that "All non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony, shall be filed by May 31, 2021 and responses thereto shall be filed by June 7, 2021." [Doc. 322] All counsel participated in the telephone

conference and none of the counsel in attendance asked for an extension until June 1. All counsel were fully aware that that May 31 was a legal holiday. Moreover, the Court was very clear that extending the filing date placed the Court in jeopardy by having to more quickly rule on motions that would be filed on May 31.

Motta Defendants filed their Motion for Summary Judgment on May 28 [Doc. 328]. Plaintiffs filed all of their motions [Docs.329,330,331, and 332] on May 31 to comply with the Court's order. Despite their previous position regarding a delay of the proceedings, Defendants have filed untimely motions through and including one of their motions that was filed today. Defendants filed their motions [Docs. 334, 336, 337, and 338] on June 1 and their Motion for Summary Judgment As To All Claims by Plaintiffs [Doc. 339] on June 2. All of these filings should be *rejected* and stricken by the Court as they all fail to comply with the Court's May 31 deadline.

For the filing on June 2, Defendants filed a Notice of Technical Difficulties [Doc. 340], which contains a unilateral claim by defense counsel that has not been corroborated by the Clerk of Court's office. Even that notice acknowledges that defense counsel did not commence filing efforts until 10:30 p.m. on June 1. Defense counsel should not be rewarded for waiting until the "last minute" to commence filing that was past the deadline established by the Court.

Rule 5 of Administrative Procedures for Electronic Case Filings indicates, "A Filing User whose filing is made untimely as the result of a technical failure of the Court's ECF system or the Filing User's electronic filing system may seek appropriate relief from the Court, but such relief must be sought expeditiously. The Court and Clerk of Court shall have no responsibility for the failure of the Filing User's electronic filing system and is under no obligation to resend any pleadings, documents, orders, notices, judgments, or any other filings to a Filing User which were

not delivered due to technical failure of a Filing User's electronic filing system." However, there is no indication that there was any "technical failure of the Court's ECF system." Furthermore, even if there were, the filing date would still be past the May 31 deadline. Accordingly, Plaintiffs request that the Court issue an order refusing to accept all Defendants' late filings and striking Defendants' motions as untimely.

RESPECTFULLY SUBMITTED:

/s/ Jerald P. Block
**BLOCK LAW FIRM, APLC**
JERALD P. BLOCK, Bar Roll No. 3151
RICHARD C. BREAUX, Bar Roll No. 33740
KENDALL J. KRIELOW, Bar Roll No. 34625
SARAH M. LAMBERT, Bar Roll No. 38312
MATTHEW P. HYMEL, Bar Roll No. 38283
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile

Counsel for Plaintiffs and Plaintiff Class Members

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Jerald P. Block
JERALD P. BLOCK

3