# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.** | CIVIL ACTION |
| Individually and on Behalf of a Class of All Other Similarly Situated Persons | NO. 19-cv-10356 |
| | JUDGE WENDY B. VITTER |
| **VERSUS** | MAGISTRATE JANIS VAN MEERVELD |
| **HOWARD L. NATIONS, APC, ET AL.** | |

## MOTION FOR FINAL JUDGMENT PURSUANT TO RULE 54(b)

Pursuant to Fed.R.Civ.P.54(b), Plaintiffs, Deborah A. Gaudet, Timothy Butler, Dian B. Campbell, Kristine Collins, Regina Falgoust, Abraham Gamberella, Adam J. Hebert, Fred Ledet, Stanwood Moore, Jr., and James Scales, III, ("Plaintiffs") file this Motion for an order finding that "no just reason for delay" exists, and, thereafter, to direct that its Order and Reasons (Doc. 357) granting the motion for partial dismissal as to fraud against Defendants, The Nicks Law Firm, LLC and Shantrell Nicks, and its Order and Reasons (Doc. 372) granting the motion for partial dismissal as to fraud against Defendants, Howard L. Nations, APC, Gregory D. Rueb, Rueb & Motta, APLC, and the Rueb Law Firm, APLC, be entered as final judgments pursuant to Fed.R.Civ.P.54(b).

By doing this, Plaintiffs are provided the option to appeal the Orders and Reasons. Without this relief, an appeal must be postponed until the trial in this case has been completed and a final judgment is entered on the jury's verdict. In the interest of judicial economy, determination of

whether Plaintiffs' Third Amended Complaint pleads fraud with particularity as a matter of law ought not to be postponed.

RESPECTFULLY SUBMITTED:

/s/ Jerald P. Block
**BLOCK LAW FIRM, APLC**
JERALD P. BLOCK, Bar Roll No. 3151
RICHARD C. BREAUX, Bar Roll No. 33740
KENDALL J. KRIELOW, Bar Roll No. 34625
SARAH M. LAMBERT, Bar Roll No. 38312
MATTHEW P. HYMEL, Bar Roll No. 38283
422 East First Street
Post Office Box 108
Thibodaux, Louisiana 70302
(985) 446-0418 Telephone
(985) 446-0422 Facsimile
jpb@blocklawfirm.com

*Counsel for Plaintiffs and Plaintiff Class Members*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Jerald P. Block
JERALD P. BLOCK
