# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH A. GAUDET, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10356-WBV-JVM** |
| **HOWARD L. NATIONS, APC, ET AL.** | **SECTION: D (1)** |

## ORDER

Considering the Motion to Lift Stay (R. Doc. 425);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The stay and administrative closure imposed by the Court's July 19, 2021 Order (R. Doc. 417) are hereby **lifted**, and the Clerk's Office is directed to reopen this case.

New Orleans, Louisiana, October 28, 2021.

*[Signature]*
**WENDY B. VITTER**
**United States District Judge**